## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TRISTAN MYERS**                                                    **PLAINTIFF**

**VS.**                              **No. 3:25-cv-00188 PSH**

**FRANK BISIGNANO, Commissioner,**
    **Social Security Administration**                          **DEFENDANT**

### JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE